Sandra **RIEDERER**, Plaintiff-Appellee,

v.

**UNITED HEALTHCARE SERVICES, INC.**, Defendant-Appellant.

No. 16-3041

United States Court of Appeals, Seventh Circuit.

Submitted November 10, 2016 *

Decided November 14, 2016

Larry A. Johnson, II, Attorney, Hawks Quindel, S.C., Milwaukee, WI, for Plaintiff-Appellee

Katherine Mendez, Attorney, Seyfarth Shaw LLP, Chicago, IL, for Defendant-Appellant

Before Richard A. Posner, Circuit Judge, Frank H. Easterbrook, Circuit Judge, Diane S. Sykes, Circuit Judge

### Order

Sandra Riederer brought this suit as a class action on behalf of persons employed by United Healthcare, which asked the district court to refer the proceeding to a series of arbitrations, one for each employee. The district court denied this motion, observing that *Lewis v. Epic Systems Corp.*, 823 F.3d 1147 (7th Cir. 2016), held invalid a contractual waiver of employees' opportunity to proceed collectively. United immediately appealed on the authority of 9 U.S.C. § 16(a). It concedes that *Lewis* is dispositive but contends that it is wrongly decided and asks us to overrule it. Yet *Lewis* was circulated before release to all active judges under Circuit Rule 40(e), and none favored a hearing en banc. There is an entrenched conflict among the circuits on the question in *Lewis*, and this court's reconsideration could not spare the Su-

preme Court the need to resolve the conflict. Multiple petitions for certiorari in cases presenting this question are pending before the Supreme Court. That is the right forum for United's arguments.

AFFIRMED